IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Jody L. Muze,                    :

       Plaintiff        :   Case No. 2:07-cv-618

v.                               :   Judge Sargus

Michael Astrue,                  :   Magistrate Judge Abel
Commissioner of Social Security,
                               :

       Defendant
                               :

**ORDER**

This matter is before the Court on Magistrate Judge Abel's June 3, 2008 Report and Recommendation (doc. 16) that this case be remanded to the Commissioner for further consideration. No objection to the Report and Recommendation has been filed. The Court, having reviewed the record *de novo*, determines that this case must be remanded to the Commissioner for the reasons stated in the Report and Recommendation.

This action is hereby **REMANDED** to the Commissioner of Social Security for further proceedings consistent with the June 3, 2008 Report and Recommendation.

                                                               7-7-08
                                          United States District Judge