AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**JODY L. MUZE,**

      **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

vs.

| | |
|---|---|
| **MICHAEL ASTRUE,** | **CASE NO.  C2-07-618** |
| **COMMISSIONER OF SOCIAL** | **JUDGE EDMUND A. SARGUS, JR.** |
| **SECURITY,** | **MAGISTRATE JUDGE MARK R. ABEL** |

      **Defendant.**

____   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

      Pursuant to the Order filed July 7, 2008, JUDGMENT is hereby entered REMANDING this case to the Commissioner of Social Security for further proceedings.  This case is DISMISSED.

Date: July 7, 2008                                        JAMES BONINI, CLERK

                                                                 /S/ Andy F. Quisumbing
                                                                 (By) Andy F. Quisumbing
                                                                 Courtroom Deputy Clerk